1  EUGENE J. EGAN (State Bar No. 130108)
   PAUL HANNA (State Bar No. 222012)
2  MANNING & KASS
   ELLROD, RAMIREZ, TRESTER LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile: (213) 62406999

6  Attorneys for Defendant
   TARGET CORPORATION

FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  LORRAINE GANDARA              )  USDC CASE NO.: CV11-10306
                                  )  SVW (AGRx)
                   Plaintiff,     )
12                                )  LASC CASE NO: BC 471113
    vs.                           )
13                                )
                                  )  [PROPOSED] ORDER
14  TARGET CORPORATION AND        )  GRANTING REMAND
    DOES 1 TO 10, INCLUSIVE       )  FROM FEDERAL COURT
15                                )  TO STATE COURT
                   Defendants.    )
16  _____   )  Complaint Filed: 10.6.11
                                     Trial Date:      None
17

18        The Stipulation of Defendant TARGET CORPORATION and Plaintiff

19  LORRAINE GANDARA for Remand to the Los Angeles County Superior Court has

20  been fully considered by the Court and IT IS HEREBY ORDERED THAT the

21  Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby

22  remanded to the Los Angeles County Superior Court.

23

24  Dated: 1/19, 2012

                    _____
25                  UNITED STATES DISTRICT JUDGE

26

27

28